Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Gentleman's Gazette LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| GENTLEMAN'S GAZETTE LLC,<br><br>Plaintiff,<br><br>v.<br><br>WILD ATTIRE, INC.,<br><br>Defendant. | CASE NO.: 8:24-cv-00691<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**(INJUNCTIVE RELIEF DEMANDED)** |

Plaintiff GENTLEMAN'S GAZETTE LLC by and through its undersigned counsel, brings this Complaint against Defendant WILD ATTIRE, INC. for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff GENTLEMAN'S GAZETTE LLC ("G's Gazette") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute G's Gazette's original copyrighted Works of authorship.

2. G's Gazette is a company that produces content and sells men's clothing and accessories, including over 1,500 articles, videos and guides that teach men how to dress like classic gentlemen, down to the finest details. Comprehensive guides such as the Black Tie Guide, White Tie Guide and Morning Wear Guide have garnered G's Gazette more than 1.5 Million YouTube subscribers, 350K+ Facebook followers, 170K+ Instagram followers and over 300,000 newsletter subscribers. G's Gazette created its own men's line called Fort Belvedere, which offers timeless products tailored for men.

3. Defendant WILD ATTIRE, INC. ("Wild Attire") owns and operates the internet webstore Ties.com that offers a variety of ties, pocket squares, socks, shirts, wallets, tie bars, cuff links, lapel pins, scarves belts and tie accessories. According to its website, Ties.com "has grown into the world's premier men's accessory company." Ties.com also features a blog and information on "how to tie a tie" and "how to fold a pocket square." At all times relevant herein, Wild Attire owned and operated the internet website located at the URL http://www.ties.com (the "Website").

4. G's Gazette alleges that Defendant copied G's Gazette's copyrighted Works from the internet in order to advertise, market and promote its business activities. Wild Attire committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the Wild Attire's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in California.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Wild

COMPLAINT FOR COPYRIGHT INFRINGEMENT                                   Case No.: 8:24-cv-00691

Attire engaged in infringement in this district, Wild Attire resides in this district, and Wild Attire is subject to personal jurisdiction in this district.

## DEFENDANT

9. Wild Attire, Inc. is a California Corporation, with its principal place of business at 10372 Stanford Avenue, Suite P, Garden Grove, California, 92840, and can be served by serving its Registered Agent, Omar Sayyed, at the same address.

## THE COPYRIGHTED WORKS AT ISSUE

10. In 2020, G's Gazette created the photographs entitled "Handmade-neat-buttonholes-are-obligatory-on-a-5000-bespoke-suit" and "DSC_7878," which are shown below and referred to herein as the "Works".





11. G's Gazette registered the Works with the Register of Copyrights on January 30, 2020, and was assigned registration number VAu 1-409-539. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. At all relevant times G's Gazette was the owner of the copyrighted Works at issue in this case.

## INFRINGEMENT BY WILD ATTIRE

13. Wild Attire has never been licensed to use the Works at issue in this action for any purpose.

14. On a date after the Works at issue in this action were created, but prior to the filing of this action, Wild Attire copied the Works.

15. On or about October 2, 2023, G's Gazette discovered the unauthorized use of its Works on the Website. The DSC_7878 Work was featured in an article entitled "A Gentleman's Guide to Winter Suits Everything you need to know when shopping for winter suiting," and the Handmade-neat-buttonholes-are-obligatory-on-a-5000-bespoke-suit Work was shown in an article entitled "Your First Bespoke Suit How to tell your tailor exactly what you need."

16. Wild Attire copied G's Gazette's copyrighted Works without G's Gazette's permission.

17. After Wild Attire copied the Works, it made further copies and distributed the Works on the internet to promote the sale of goods and services as part of its menswear sales business.

18. Wild Attire copied and distributed G's Gazette's copyrighted Works in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

19. G's Gazette's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

20. Wild Attire committed copyright infringement of the Works as evidenced by the documents attached hereto as **Exhibit 2**.

21. G's Gazette never gave Defendant permission or authority to copy, distribute or display the Works at issue in this case.

22. G's Gazette notified Wild Attire of the allegations set forth herein on January 4, 2024 and February 7, 2024. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

23. G's Gazette incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24. G's Gazette owns valid copyrights in the Works at issue in this case.

25. G's Gazette registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26. Wild Attire copied, displayed, and distributed the Works at issue in this case and made derivatives of the Works without G's Gazette's authorization in violation of 17 U.S.C. § 501.

27. Wild Attire performed the acts alleged in the course and scope of its business activities.

28. Defendant's acts were willful.

29. G's Gazette has been damaged.

30. The harm caused to G's Gazette has been irreparable.

WHEREFORE, the Plaintiff GENTLEMAN'S GAZETTE LLC prays for judgment against the Defendant WILD ATTIRE, INC. that:

    a. Wild Attire and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Wild Attire be required to pay G's Gazette its actual damages and Defendant's profits attributable to the infringement, or, at G's Gazette's election, statutory damages, as provided in 17 U.S.C. § 504;

c. G's Gazette be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

d. G's Gazette be awarded pre- and post-judgment interest; and

e. G's Gazette be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

G's Gazette hereby demands a trial by jury of all issues so triable.

DATED: March 29, 2024                    Respectfully submitted,

*/s/Matthew Laurence Rollin*
MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
*Counsel for Plaintiff Gentleman's Gazette LLC*