Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Gentleman's Gazette LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| GENTLEMAN'S GAZETTE LLC, | CASE NO.: 8:24-cv-00691-MEMF-JDE |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| WILD ATTIRE, INC., | |
| Defendant. | |

PLAINTIFF GENTLEMAN'S GAZETTE LLC, by and through its undersigned counsel, hereby notifies the Court that the parties have reached a settlement, and request until June 7, 2024 in which to file a Notice of Dismissal.

DATED:  May 10, 2024            Respectfully submitted,

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
*Counsel for Plaintiff  Gentleman's Gazette LLC*

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK