Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Gentleman's Gazette LLC*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| GENTLEMAN'S GAZETTE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WILD ATTIRE, INC.,<br><br>    Defendant. | CASE NO.: 8:24-CV-00691-MEMF-JDE<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

  Plaintiff GENTLEMAN'S GAZETTE LLC ("G's Gazette"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant lawsuit, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

DATED: May 28, 2024    Respectfully submitted,

    */s/ Matthew L. Rollin*
    MATTHEW L. ROLLIN
    **SRIPLAW, P.A.**

- 1 -

1
2     *Attorneys for Plaintiff Gentleman's Gazette LLC*
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

NOTICE OF VOLUNTARY DISMISSAL                              CASE NO.: 8:24-cv-00691-MEMF-JDE